BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00082-MCE |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER |
| v. | |
| RYAN DANIEL KULLRICH, | |
| Defendant. | |

## STIPULATATION RE: PROTECTIVE ORDER

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter, or to defendant RYAN DANIEL KULLRICH in this case as provided below;

WHEREAS, the sensitive but unclassified discovery materials at issue include information pertaining to victims or potential victims in this case, including personal identifying information, bank records and account numbers, and identification documents;

WHEREAS, such sensitive but unclassified discovery materials shall be identified as sensitive and subject to a protective order at the time of disclosure, whether on the documents or other materials (e.g., CDs/DVDs) themselves or in an accompanying cover letter;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate, and that a private agreement is not appropriate in light of the nature of the information at issue and the charges in

1  this case; and

2       WHEREAS, the defendant, RYAN DANIEL KULLRICH, has counsel ("Defense Counsel")
3  who wishes the opportunity to review the complete and unredacted discovery;

4       Defendant RYAN DANIEL KULLRICH and plaintiff United States of America, by and through
5  their undersigned counsel of record, hereby agree and stipulate as follows:

6       1.    This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of
7  Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

8       2.    This Order pertains to all discovery provided to or made available to Defense Counsel
9  that is identified as sensitive and subject to a protective order in this case (hereafter, collectively known
10 as "the protected discovery").

11      3.    Defense Counsel shall not disclose any of the protected discovery to any person other
12 than the defendant, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved
13 in the representation of his client.  At no time shall the defendant be permitted to review the protected
14 discovery outside of the presence of his attorney, and Defense Counsel shall neither make a copy nor
15 leave any of the protected discovery with defendant at the jail or other institution where that defendant is
16 being held in custody.

17      4.    The protected discovery and information therein may only be used in connection with the
18 litigation of this case and for no other purpose.  The protected discovery is now and will forever remain
19 the property of the United States Government.  Defense Counsel will return the discovery to the
20 Government or certify that it has been shredded or otherwise destroyed at the conclusion of the case.

21      5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to
22 ensure that it is not disclosed to third persons in violation of this agreement.

23      6.    If Defense Counsel releases custody of any of the protected discovery, or authorized
24 copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients
25 with copies of this Order and advise that person that the protected discovery is the property of the United
26 States Government, that the protected discovery and information therein may only be used in connection
27 with the litigation of this case and for no other purpose, and that an unauthorized use of the protected
28 discovery may constitute a violation of law and/or contempt of court.

7. In the event that the defendant obtains substitute counsel, undersigned Defense Counsel agree to withhold the protected discovery from new counsel unless and until substituted counsel agrees to be bound by this Order.

8. Defense Counsel shall be responsible for advising his client, employees, and other members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated: April 8, 2014                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                By:     /s/ Justin L. Lee
                                        JUSTIN L. LEE
                                        Assistant U.S. Attorney


                                By:     /s/ Douglas J. Beevers
                                        (authorized on April 8, 2014)
                                        DOUGLAS J. BEEVERS
                                        Counsel for RYAN DANIEL KULLRICH


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 9, 2014

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE