BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00082-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RYAN DANIEL KULLRICH, | DATE: April 10, 2014
TIME: 9:00 a.m.
COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 10, 2014.

2. By this stipulation, defendant now moves to continue the status conference until May 22, 2014, and to exclude time between April 10, 2014, and May 22, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 1,000 pages – including investigative reports from federal and local law enforcement agencies, photographs, audio recordings, and information related to search warrants executed in the Northern District of California and District of Oregon.

    b) Counsel for defendant desires additional time consult with his client, review the

current charges, conduct investigation and research related to the charges, to review discovery in this matter, and to otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 10, 2014 to May 22, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 8, 2014                          BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ JUSTIN L. LEE
                                              JUSTIN L. LEE
                                              Assistant United States Attorney

///
///
///
///
///
///
///
///
///

Dated:  April 8, 2014

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
RYAN DANIEL KULLRICH

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3