PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-CR-00082-MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING DISPOSITION HEARING<br>) DATE |
| RYAN DANIEL KULLRICH, | ) |
| Defendant. | ) Judge: Hon. Morrison C. England |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Supervised Release Disposition Hearing on August 11, 2016.
2. By this Stipulation, the parties now move to continue the Disposition Hearing until August 25, 2016, at 10:00 a.m.

///

///

///

Stipulation to Continue                    1                    United States v. Kullrich

3. The assigned probation officer has no objection to the request to continue this matter.

**IT IS SO STIPULATED**.

DATED: July 26, 2016                /s/ Justin L. Lee
                                    JUSTIN L. LEE
                                    Assistant U.S. Attorney

DATED: July 26, 2016                /s/ Douglas J. Beevers
                                    DOUGLAS J. BEEVERS
                                    Attorney for Ryan Daniel Kullrich
                                    (as authorized on July 26, 2016)

**ORDER**

IT IS SO ORDERED.

Dated:  July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE