HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
RYAN KULLRICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN KULLRICH,<br><br>　　　　　　Defendant. | CASE NO. 2:14-cr-00082-MCE<br><br>STIPULATION AND ORDER TO AMEND JUDGMENT TO CORRECT ERROR PURSUANT TO RULE 36<br><br>JUDGE:  Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED between the parties, JUSTIN LEE, Assistant United States Attorney, counsel for the Plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for Defendant RYAN KULLRICH, that the Judgment entered in this case, No. 2:14-cr-00082-MCE, on August 26, 2016 (docket #39) be amended pursuant to Fed. R. Crim. P. 36 to add that the Court recommends designation in a facility near Southern California subject to space availability and security classification. Defense counsel inadvertently omitted this request. All parties and U.S. Probation agree with this correction.

Fed. R. Crim. P. 36 gives the Court jurisdiction to amend a judgment to correct clerical errors in a judgment due to oversight.

///

///

| | | |
|---|---|---|
| Dated: August 26, 2016 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>Ryan Kullrich |
| Dated: August 26, 2016 | | |
| | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | | */s/ Justin Lee*<br>JUSTIN LEE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-cr-00082-MCE |
| Plaintiff, | STIPULATION AND ORDER TO AMEND JUDGMENT TO CORRECT ERROR PURSUANT TO RULE 36 |
| v. | |
| RYAN KULLRICH, | JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. | |

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby orders pursuant to Fed. R. Crim. P. 36 that the Judgment entered August 26, 2016 in Case No. 2:14-cr-00082-MCE be amended to add that the Court recommends designation in a facility near Southern California subject to space availability and security classification.

IT IS SO ORDERED.

Dated: August 30, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE